# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE STEVEN WEINER,<br><br>            Petitioner,<br><br>    v.<br><br>FELICIA PONCE, Warden,<br><br>            Respondent. | Case No. CV 17-8315-JEM<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: June 13, 2018

                                                    */s/ John E. McDermott*
                                                    JOHN E. MCDERMOTT
                                       UNITED STATES MAGISTRATE JUDGE